In the Matter of EDWARD S. MORAN, JR., an Attorney, Respondent.

First Department, May 3, 1940.

*Einar Chrystie,* for the petitioner.

No appearance for the respondent.

PER CURIAM.   On June 9, 1939, the respondent was duly convicted in the Court of General Sessions of the County of New York of the crime of receiving a bribe as a member of the Legislature, which crime is a felony.

Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, the respondent, therefore, should be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, DORE and CALLAHAN, JJ.

Respondent disbarred.